UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24368-CIV-ALTONAGA/O'Sullivan

**JAMEKA BROWN**,

    Plaintiff,

v.

**BUDDY BEE CORPORATION**, *et al.*,

    Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** came for trial before the Court and a jury, United States District Judge, Cecilia M. Altonaga, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is

**ORDERED AND ADJUDGED** that the Plaintiff shall take nothing and that the action be **DISMISSED** on the merits. This case is **CLOSED**, and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of October, 2015.

                                              _____
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record